1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11   AMERICA'S OUTLAW SPIRITS,          )      CASE NO. CV 12-04132 RZ
                                        )
12                    Plaintiff,        )
                                        )      ORDER TO SHOW CAUSE
13           vs.                        )
                                        )
14   STEVEN GUNN,                       )
                                        )
15                    Defendant.        )
                                        )
16
17          The Court issues this Order To Show Cause directed to Plaintiff due to lack
18   of prosecution.
19          Plaintiff commenced this action on May 11, 2012.  On May 21, Plaintiff filed
20   the operative First Amended Complaint (1AC).  On May 22, the sole Defendant was served
21   with process in Texas, according to a Proof Of Service filed by Plaintiff on June 4.  (It is
22   unclear whether Defendant was been served with the 1AC.  The 1AC, as filed, bears no
23   internal proof of service.  The Proof Of Service *of process* recites that one of the documents
24   served on Defendant was a "Complaint," without specifying whether the pleading was the
25   1AC or the initial complaint.)  If the Proof is correct, then Defendant's 21-day deadline for
26   responding to the complaint was June 12.  That deadline passed some four weeks ago, yet
27   Defendant has not appeared.  If Defendant indeed was served but has neglected to respond,
28

1    it is Plaintiff's responsibility, as part of the general duty of prosecuting the action with

2    alacrity, to take appropriate action.

3            Accordingly, IT IS ORDERED that Plaintiff shall show cause in writing,

4    within 14 days of the signature date of this Order, why this action should not be dismissed

5    without prejudice for Plaintiff's failure to prosecute it.  The Court anticipates discharging

6    this Order To Show Cause if, within the time for response, either (1) Plaintiff files an

7    application for entry of default or (2) Defendant files a response to the complaint or 1AC.

8            IT IS SO ORDERED.

9

10           DATED:    July 10, 2012

11

12                                        _____

13                                        RALPH ZAREFSKY
                                          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28